IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JEFFREY SCOTT,** *individually, and on behalf of all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> **LIBERTY MUTUAL INSURANCE COMPANY,** <br><br> Defendant. | Civil Action No. 1:23-cv-10569-PBS |

## STIPULATION OF DISMISSAL

Plaintiff, Jeffrey Scott, and Defendant Liberty Mutual Insurance Company by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Jeffrey Scott, against Defendant Liberty Mutual Insurance Company and all defendants who have appeared in this matter with each side to bear their own costs and waiving all rights of appeal .

**IT IS SO STIPULATED.**

Dated:  October 6, 2023


*/s/ Daniel P. Tighe*　　　　　　　　　　　　　　*/s/ Jacob U. Ginsburg*
Daniel P. Tighe, Esq.　　　　　　　　　　　　　Jacob U. Ginsburg, Esq.
**DONNELLY, CONROY & GELHAAR, LLP**　　**KIMMEL & SILVERMAN, PC**
260 Franklin St　　　　　　　　　　　　　　　30 E Butler Ave, Ambler, PA 19002
Boston MA 02110　　　　　　　　　　　　　　215-540-8888 ext. 104
617-720-2880　　　　　　　　　　　　　　　　jginsburg@creditlaw.com
dpt@dcglaw.com　　　　　　　　　　　　　　teamkimmel@creditlaw.com

*Attorney for Defendant*                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, hereby certify that I served a true and correct copy of the following Stipulation of Dismissal on all parties of record via ECF.

                                                        Respectfully submitted,
                                                        <u>By: *s/ Jacob U Ginsburg*</u>
                                                        Jacob U. Ginsburg, Esq.
                                                        Kimmel & Silverman, P.C.
                                                        30 East Butler Ave.
                                                        Ambler, PA 19002
                                                        Phone: 215-540-8888
                                                        Facsimile: 877-788-2864
                                                        Email: jginsburg@creditlaw.com
                                                        teamkimmel@creditlaw.com